IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PAUL VINCENT LOCKETT,       )
                            )
    Plaintiff,               )
                            )
                            )    CIVIL ACTION NO.
    v.                      )      2:09cv36-MHT
                            )         (WO)
JEREMIAH MATTHEWS, in his   )
individual capacity,        )
                            )
    Defendant.              )
```

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Paul Vincent Lockett's motion to dismiss with prejudice, made in open court on May 7, 2012 (Doc. No. 59), is granted and that this case is dismissed in its entirety as to defendant Jeremiah Matthews with prejudice.

It is further ORDERED that costs are taxed against plaintiff Lockett, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of May, 2012.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE